UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARMEL UNIFIED SCHOOL DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>  Defendant. | Case No. 15-cv-03844-BLF<br><br>**ORDER (1) EXTENDING DEADLINES FOR ALL FURTHER CASE MANAGEMENT SUBMISSIONS; (2) TO PROVIDE STATUS UPDATE; (3) TERMINATING AS MOOT PENDING MOTIONS** |

On November 4, 2015, the parties notified the Court that they have reached a settlement and are finalizing the agreement. ECF 20. Accordingly, the Court EXTENDS deadlines for all further case management submissions by 30 days. The Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before December 4, 2015. If the case is dismissed before December 4, 2015 the parties are not required to provide the Court with a status update. Finally, the Court TERMINATES AS MOOT the pending motions to file under seal at ECF 3 and 12 without prejudice to either party refiling any of these motions if the case is not dismissed.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge