United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARMEL UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 15-cv-03844-BLF<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) TO PROVIDE STATUS UPDATE** |

On January 29, 2016, the parties attended a settlement conference and reached a settlement. ECF 25. Accordingly, the Court VACATES the case management conference set for February 11, 2016. The Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before February 29, 2016. If the case is dismissed before February 29, 2016, the parties are not required to provide the Court with a status update.

**IT IS SO ORDERED.**

Dated: February 9, 2016

                                                BETH LABSON FREEMAN
                                                United States District Judge